United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 18-15751-SY
Christopher Jay Leon                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6          User: etapiaC              Page 1 of 2                 Date Rcvd: Jul 10, 2018
                              Form ID: 309A              Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2018.
```
db           +Christopher Jay Leon,    4901 Green River Rd.,    Space 214,    Corona, CA 92880-0593
38620626     +222 Bail Bonds,    30141 Antelope Rd.. D513,    Menifee, CA 92584-7001
38620630     +American Bankers Insurance,    23852 Network Pl,    Chicago, IL 60673-1238
38620635     +C Jerry Chen DDS,    6409 Ming Ahe,   Bakersfield, CA 93309
38620655    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:  Home Depot Credit Services,     P.O. Box 182676,
               Columbus, OH 43218-2676)
38620639      Check n GO,    P.O. Box 36381,   Cincinnati, OH 45236-0381
38620646      Farmers Insurance Group,    National Document Center,    P.O. Box 268992,
               Oklahoma City, OK 73126-8992
38620650     +GC Services Ltd Partnership,    P.O. Box 7835,    Baldwin Park, CA 91706-7835
38620653     +GMAC,   PO BOX 2667,    Houston, TX 77252-2667
38620651     +Geico Auto Ins.,    P.O. Box 509090,   San Diego, CA 92150-9090
38620658     +Midwest Recovery Systems,    2747 W CLay St A,    Saint Charles, MO 63301-2557
38620662     +Pinnacle LLC / Resurgent,    PO Box 10497,   Greenville, SC 29603-0497
38620664     +Snap Finance,    1760 W 2100 S #26561,    Salt Lake City, UT 84199-9995
38620668      The Gas Company,    P.O. Box C,   Monterey Park, CA 91756-5111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: info@wajdalawgroup.com Jul 11 2018 03:09:16     Nicholas M Wajda,
               Wajda Law Group APC,    11400 W Olympic Blvd Ste 200,    Los Angeles, CA  90064
tr           +EDI: FSMSPEIER.COM Jul 11 2018 06:58:00     Steven M Speier (TR),    Post Office Box 7637,
               Newport Beach, CA 92658-7637
smg           EDI: EDD.COM Jul 11 2018 06:58:00     Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,   Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Jul 11 2018 06:58:00     Franchise Tax Board,    Bankruptcy Section MS: A-340,
               P.O. Box 2952,   Sacramento, CA  95812-2952
38620632     +EDI: ATTWIREBK.COM Jul 11 2018 06:58:00     AT&T,   c/o Business Bankruptcy,    PO Box 769,
               Arlington, TX 76004-0769
38620627     +EDI: ACECASHXPRESS.COM Jul 11 2018 06:58:00     Ace Cash Express,    Attn: Bankruptcy Department,
               1231 Greenway Dr., #600,    Irving, TX 75038-2511
38620628     +Fax: 864-336-7400 Jul 11 2018 05:08:34     Advance America,    1688 N. Perris Blvd., Ste. D-9,
               Perris, CA 92571-4707
38620629      EDI: AFNIRECOVERY.COM Jul 11 2018 06:58:00     Afni, Inc,    P.O. Box 3427,
               Bloomington, IL 61702-3427
38620631     +EDI: ARSN.COM Jul 11 2018 06:58:00     Associated Recovery Systems,    P.O. Box 463023,
               Escondido, CA 92046-3023
38620633      EDI: BANKAMER.COM Jul 11 2018 06:58:00     Bank of America,    P.O. Box 15019,
               Wilmington, DE 19886-5019
38620634      E-mail/Text: legal-compliance@directbuy.com Jul 11 2018 03:09:30     Beta Finance Co,
               PO Box 660232,   Indianapolis, IN 46266
38620642     +E-mail/Text: SPECIALSERVICES@CRBAUTO.COM Jul 11 2018 03:10:37     CRB Auto,    P.O. Box 98541,
               Las Vegas, NV 89193-8541
38620636     +EDI: CAPITALONE.COM Jul 11 2018 06:58:00     Capital One,    1680 Capital One Drive,
               Mc Lean, VA 22102-3407
38620637     +EDI: CAPITALONE.COM Jul 11 2018 06:58:00     Capital One,    PO BOX 71083,
               Charlotte, NC 28272-1083
38620638     +E-mail/Text: dl-csgbankruptcy@charter.com Jul 11 2018 03:10:55     Charter Communications,
               P.O. Box 60229,   Los Angeles, CA 90060-0229
38620640     +E-mail/Text: Finance@CoronaCA.gov Jul 11 2018 03:10:52     City of Corona,
               755 Public Safety Way,    Corona, CA 92880-2005
38620641     +EDI: CONVERGENT.COM Jul 11 2018 06:59:00     Convergent Outsourcing Inc.,    800 SW 39th St.,
               Renton, WA 98057-4975
38620643      EDI: CCS.COM Jul 11 2018 06:58:00     Credit Collection Service,    P.O. Box 9134,
               Needham Heights, MA 02494-9134
38620671      EDI: RCSDELL.COM Jul 11 2018 06:58:00     Webbank DFS,    1 Dell Way,   Round Rock, TX 78682
38620644     +EDI: DCI.COM Jul 11 2018 06:58:00     Diversified Consultants, Inc,    PO Box 551268,
               Jacksonville, FL 32255-1268
38620645     +E-mail/Text: bknotice@ercbpo.com Jul 11 2018 03:10:07     Enhanced Recovery Co., LLC,
               8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
38620647     +EDI: BLUESTEM Jul 11 2018 06:58:00     Fingerhut,    6509 Flying Cloud Drive,
               Eden Prairie, MN 55344-3307
38620648      EDI: AMINFOFP.COM Jul 11 2018 06:58:00     First Premier Bank,    P.O. Box 5529,
               Sioux Falls, SD 57117-5529
38620649     +EDI: FORD.COM Jul 11 2018 06:58:00     Ford Motor Credit,    P.O. Box 790119,
               Saint Louis, MO 63179-0119
38620652     +EDI: PHINAMERI.COM Jul 11 2018 06:58:00     GM Financial,    P.O. Box 183834,
               Arlington, TX 76096-3834
38620654      E-mail/Text: bankruptcies@halstedfinancial.com Jul 11 2018 03:10:43
               Halsted Financial Services LLC,    P.O. Box 828,   Skokie, IL 60076-0828
38620656     +EDI: RESURGENT.COM Jul 11 2018 06:58:00     LVNV Funding, LLC,    P.O. Box 10497,
               Greenville, SC 29603-0497
38620657     +E-mail/Text: bknotices@mbandw.com Jul 11 2018 03:10:24     McCarthy Burgess & Wolfe Inc,
               26000 Cannon Rd.,    Bedford, OH 44146-1807
```

```
District/off: 0973-6          User: etapiaC              Page 2 of 2                    Date Rcvd: Jul 10, 2018
                              Form ID: 309A              Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
38620659       +E-mail/Text: egssupportservices@alorica.com Jul 11 2018 03:10:12
                 NCO Financial Systems, Inc.,    P.O. Box 17218,    Dept. 64,    Wilmington, DE 19850-7218
38620660        EDI: RMSC.COM Jul 11 2018 06:58:00      Old Navy/GECRB,    P.O. Box 960017,
                 Orlando, FL 32896-0017
38620661        E-mail/Text: PGEBankruptcy@pge.com Jul 11 2018 03:10:40       PG&E,    P.O. Box 997300,
                 Sacramento, CA 95899-7300
38620666        EDI: NEXTEL.COM Jul 11 2018 06:58:00      Sprint,    P.O. Box 54977,    Los Angeles, CA 90054-0977
38620663        EDI: DRIV.COM Jul 11 2018 06:58:00      Santander Consumer,    P.O. Box 660633,
                 Dallas, TX 75266-0633
38620665        E-mail/Text: dl-csgbankruptcy@charter.com Jul 11 2018 03:10:55       Spectrum,    PO Box 60229,
                 Los Angeles, CA 90060-0229
38620667        EDI: AISTMBL.COM Jul 11 2018 06:58:00      T-Mobile,    P.O. Box 629025,
                 El Dorado Hills, CA 95762
38620669       +EDI: USBANKARS.COM Jul 11 2018 06:58:00      US Bank,    P.O. Box 790167,
                 Saint Louis, MO 63179-0167
38620670        EDI: VERIZONCOMB.COM Jul 11 2018 06:59:00      Verizon Wireless,    P.O. Box 660108,
                 Dallas, TX 75266-0108
                                                                                               TOTAL: 37


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2018 at the address(es) listed below:
              Nicholas M Wajda    on behalf of Debtor Christopher Jay Leon info@wajdalawgroup.com,
               r47098@notify.bestcase.com
              Steven M Speier (TR)    lmorvant@glassratner.com, sms@trustesolutions.net,sspeier@glassratner.com
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                               TOTAL: 3
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Christopher Jay Leon** | Social Security number or ITIN  **xxx–xx–7777** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Central District of California** | | Date case case filed for chapter  **7**   **7/9/18** |
| Case number:  **6:18–bk–15751–SY** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Christopher Jay Leon | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4901 Green River Rd., Space 214<br>Corona, CA 92880 | |
| 4. | **Debtor's attorney**<br>Name and address | Nicholas M Wajda<br>Wajda Law Group APC<br>11400 W Olympic Blvd Ste 200<br>Los Angeles, CA 90064 | Contact phone 310–997–0471<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Steven M Speier (TR)<br>Post Office Box 7637<br>Newport Beach, CA 92658 | Contact phone (949)–336–1895<br>Email _____ |

/
**For more information, see pages 2 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 3420 Twelfth Street, Riverside, CA 92501-3819 | Hours Open:  9:00 AM – 4:00 PM  Contact phone 855-460-9641  Dated: 7/10/18 |
| **7. Meeting of creditors**  Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 14, 2018 at 08:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:  **3801 University Ave., ROOM 103, Riverside, CA 92501** |
| **8. Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/15/18** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**For more information, see pages 1 and 3 >**

Debtor **Christopher Jay Leon**                                                                 Case number **6:18–bk–15751–SY**

| | | |
|---|---|---|
| **13.** | **Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| **14.** | **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| **15.** | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 3801 University Avenue Suite 720, Riverside, CA 92501–3200. |

For more information, see pages 1 and 2 >